pay per month for two months, confinement for 60 days, reduction to pay grade E–1, and a bad–conduct discharge. [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 11–0280/AR. U.S. v. Douglas K. Winckelmann. CCA 20070243. Review granted on the following issues:

> WHETHER THE LOWER COURT ERRED IN AFFIRMING THE FINDING OF GUILTY AS TO SPECIFICATION 3 OF CHARGE III WHEN IT FOUND THAT AN ONLINE CHAT CONTAINING THE LINE 'U FREE TONIGHT' WAS SUFFICIENT TO PROVE ATTEMPTED ENTICEMENT.

> WHETHER THE ARMY COURT OF CRIMINAL APPEALS ERRED BY AFFIRMING FORFEITURE OF ALL PAY AND ALLOWANCES WHEN THE CONVENING AUTHORITY DID NOT APPROVE ANY FORFEITURE.

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN UNITED STATES v. RESENDIZ–PONCE AND RUSSELL v. UNITED STATES, AND THIS COURT'S RECENT OPINIONS IN MEDINA, MILLER, AND JONES.

Briefs will be filed under Rule 25 on Issues I and II only.

No. 11–0560/AR. U.S. v. John A. White, III. CCA 20100222. [See also APPEALS–SUMMARY DISPOSITIONS this date.]

No. 11–0569/AR. U.S. v. Elijah M. Hawk. CCA 20100588. [See also APPEALS–SUMMARY DISPOSITIONS this date.]

No. 11–0546/AR. U.S. v. Stephen R. Rhoten. CCA 20080971.

Appellant's *second* motion to extend time to file supplement to the petition for grant of review granted, *up to and including July 21, 2011*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

Friday, July 08, 2011

No. 11–0591/AF. U.S. v. Victoria V. Grant. CCA 37631. On consideration of the motions filed by Major Phillip T. Korman, USAF, to withdraw from representation as appellate defense counsel in the above cases, it appears that the Judge Advocate General of the Air Force has assigned other counsel to represent the appellants and that new counsel have assumed representation of the appellants. Accordingly, said motions are hereby granted.

No. 11–0595/NA. U.S. v. William C. Fairley. CCA 200900574. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 27, 2011.

Monday, July 11, 2011